#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-40305 |
| | ) | |
| Kurt E Kroeger | ) | Chapter 7 |
| Kathy L Kroeger | ) | |
| | ) | THIRD AMENDED |
| | ) | APPLICATION FOR |
| Debtor(s). | ) | PAYMENT OF EXPERT |
| | | WITNESS FEES |

#### APPLICATION FOR PAYMENT OF EXPERT WITNESS FEES

COMES NOW Sherrets Bruno & Vogt LLC ("Applicant"), pursuant to Fed. R. Bank. P. 2016 and Neb. R. Bank. P. 2016-1, requesting an Interim Application for Reimbursement of Expert Witness Fees, states as follows:

1. On February 28, 2020 ("Petition Date") Debtors Kurt E. Kroeger and Kathy L Kroeger (hereafter Debtors) filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska. Defendants Galen Stehlik and Stehlik Law Firm (hereafter collectively "Defendants") represented the Debtors. A Plan was approved but Debtors could not fulfill the obligations under the Plan and the bankruptcy was converted to a Chapter 7 liquidation on May 25, 2021.

2. After the bankruptcy was converted to a Chapter 7, Richard D. Myers ("Trustee") was appointed Trustee. After reviewing the filings in the Chapter 12 proceeding and the Chapter 7 proceeding Mr. Myers believed that conversion to

Chapter 7 should not have been necessary if Debtors had been advised to sell some assets to protect the rest and retained Applicant to pursue an action against Defendants. The suit by Myers against Defendants was filed on December 13, 2021 and the referral to bankruptcy was withdrawn on March 11, 2022. The case is ongoing and is titled: *Myers v. Stehlik,* 4:22-CV-3039 in the United States District Court for the District of Nebraska.

3. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. On August 21, 2021 Trustee filed an Application to Employ Special Counsel for Trustee and a supporting affidavit of Applicant. [D.I. 204, 205.]

5. The application for employment was granted on August 23, 2021. [D.I. 206.]

6. Applicant has represented the Trustee since August 23, 2021.

7. Applicant makes this application for payment of the actual and necessary costs incurred by Applicant in obtaining expert witnesses as Counsel to Debtor from and after October 2022 through July 1, 2023 (the "Period").

8. Attached hereto as **Exhibit A** is an invoice and itemization of the expert witness fees incurred by Joseph Peiffer of ABLS during the Period. This invoice does not include time spent giving his deposition at Defendant's request, which time has been billed to Defendant.

WHEREFORE, Applicant respectfully requests that the fees and expenses for the Expert Witness for the Trustee, Joseph Peiffer of ABLS, be allowed in the

2

amount of $46,826.10, with Ag & Business Legal Strategies being allowed to pay itself the $15,000.000 held in its trust account with the balance of the approved fees to be paid by the Trustee when funds are available.  subject to the availability of funds in the bankruptcy estate.

Dated this 11th day of September, 2023.

         RICHARD D. MYERS, Plaintiff

By: */s/ Diana J. Vogt*
Diana J. Vogt, NE #19387
SHERRETS BRUNO & VOGT LLC
260 Regency Parkway Drive, Suite 200
Omaha, NE 68114
Tele: (402)390-1112; Fax: (402)390-1163
Email: law@sherrets.com;
   dvogt@sherrets.com

Attorneys for Plaintiff



# Ag & Business Legal Strategies

PO Box 11425
Cedar Rapids, IA 52410
Phone: (319) 363-1641
Fax: (319) 200-2059
Email: billing@ablsonline.com

# INVOICE

Invoice # 2349
Date: 05/15/2023
Due Upon Receipt

Sherrets, Bruno & Vogt, LLC
260 Regency Parkway Dr
Omaha, NE 68114

## 6367.00001-Myers - Expert Witness

## Myers - Expert Witness

### Services

| Date | Notes | Attorney | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| 10/06/2022 | Telephone call to Diana Vogt regarding potential as serving as an expert witness in the legal malpractice suit in a failed Chapter 12 case. | JP | 0.20 | $575.00 | $115.00 |
| 10/07/2022 | Review docket of bankruptcy case of Kurt Kroeger. | JP | 1.00 | $575.00 | $575.00 |
| 10/07/2022 | Update CV and send to plaintiff's attorney. | JP | 0.30 | $575.00 | $172.50 |
| 10/08/2022 | Review Complaint, Answer and Scheduling Order in Legal Malpractice Case. | JP | 0.50 | $575.00 | $287.50 |
| 10/10/2022 | Review Documents and draft e-mail to Diana Vogt regarding questions about case. | JP | 1.50 | $575.00 | $862.50 |
| 10/10/2022 | Review of Kroeger bankruptcy filing and finalization of e-mail to attorney Vogt. | JP | 1.00 | $575.00 | $575.00 |
| 10/19/2022 | Telephone call to Diana Vogt regarding answers to questions about Kroeger bankruptcy file maintained by attorney Stehlik. | JP | 0.50 | $575.00 | $287.50 |
| 11/10/2022 | Review schedule entries spreadsheet provided by Trustee's attorney. | JP | 0.20 | $575.00 | $115.00 |
| 11/25/2022 | Second review bankruptcy file of Kurt & Kathy Kroeger. | JP | 1.00 | $575.00 | $575.00 |
| 11/25/2022 | Draft e-mail with list of questions to malpractice attorney | JP | 1.00 | $575.00 | $575.00 |

EXHIBIT A

|            |                                                                                                                                                                                                                                                          |    |      |          |           |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----|------|----------|-----------|
|            | attached.                                                                                                                                                                                                                                                |    |      |          |           |
| 01/31/2023 | Revise Declaration in Support of Employment as Expert Witness.                                                                                                                                                                                           | JP | 0.20 | $575.00  | $115.00   |
| 01/31/2023 | Telephone call to Diana Vogt regarding other experts needed for case.                                                                                                                                                                                    | JP | 0.20 | $575.00  | $115.00   |
| 01/31/2023 | Review file and draft e-mail to Diana Vogt requesting answers to additional questions from late November.                                                                                                                                                | JP | 0.10 | $575.00  | $57.50    |
| 02/06/2023 | Draft e-mail to Diana Vogt inquiring about sending documents.                                                                                                                                                                                            | JP | 0.10 | $575.00  | $57.50    |
| 02/06/2023 | Draft e-mail to Diana Vogt regarding contacting prior accountant for information regarding the tax basis of the real estate and machinery that should be found on the depreciation schedules.                                                            | JP | 0.10 | $575.00  | $57.50    |
| 02/07/2023 | Download, OCR, and upload documents received from Diana Vogt to NetDocuments. (No Charge).                                                                                                                                                               | LW | 4.30 | $0.00    | $0.00     |
| 02/08/2023 | Download, OCR, and upload documents provided by Diana Vogt to NetDocuments. (No Charge).                                                                                                                                                                 | LW | 1.60 | $0.00    | $0.00     |
| 02/08/2023 | OCR, rename, and upload documents from the plf-server to NetDocuments. (No Charge).                                                                                                                                                                      | LW | 1.00 | $0.00    | $0.00     |
| 02/08/2023 | Locate Signed Declaration of Joseph A. Peiffer in Support of Motion to Employ Expert, convert to pdf, and email to Attorney Joseph Peiffer. (No Charge).                                                                                                 | LW | 0.10 | $0.00    | $0.00     |
| 02/09/2023 | Download, OCR, and upload documents received from Diana Vogt to NetDocuments. (No Charge).                                                                                                                                                               | LW | 0.50 | $0.00    | $0.00     |
| 02/15/2023 | OCR, rename, and upload remaining documents from the plf-server to NetDocuments. (No Charge).                                                                                                                                                            | LW | 0.20 | $0.00    | $0.00     |
| 03/08/2023 | Download Order Granting Application to Employ Attorney Joseph Peiffer as Expert Witness, OCR, and upload to NetDocuments. (No Charge).                                                                                                                   | LW | 0.10 | $0.00    | $0.00     |
| 03/08/2023 | Telephone call to Diana Vogt to discuss real estate; timing of sale; discussion of the willingness of Mr. Kroeger to sell assets; discussion of the communication between a bankruptcy attorney and a farmer about the Chapter 12 Plan of reorganization and the ability of the farmer to timely make the payments. | JP | 0.50 | $575.00  | $287.50   |
| 03/09/2023 | Review 68 Documents from the correspondence file of Mr. Stehlik.                                                                                                                                                                                         | JP | 2.80 | $575.00  | $1,610.00 |
| 03/10/2023 | Zoom call to Paralegal to instruct her how to set up my Excel Document with the names and relevant data from all the files that have been provided by Diana Vogt. (No Charge)                                                                            | JP | 0.30 | $0.00    | $0.00     |
| 03/10/2023 | Review 15 documents from the All Correspondence file.                                                                                                                                                                                                    | JP | 0.30 | $575.00  | $172.50   |

EXHIBIT A

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/2023 | Draft e-mail to paralegals outlining procedure to list all the documents in the file on an Excel sheet before I review them to save time in the review process. | JP | 0.10 | $575.00 | $57.50 |
| 03/10/2023 | Index Correspondence and Pleading documents. (No Charge). | AD | 3.90 | $0.00 | $0.00 |
| 03/10/2023 | Meeting with Legal Assistant Angela Dobler regarding creating the spreadsheet for organizing documents received from Diana Vogt requested by Attorney Joseph Peiffer. (No Charge). | LW | 0.10 | $0.00 | $0.00 |
| 03/10/2023 | Create spreadsheet indexing documents received by Diana Vogt. (No Charge). | LW | 1.30 | $0.00 | $0.00 |
| 03/13/2023 | Research CourtDrive for all pleadings in the case. (No Charge). | AD | 0.20 | $0.00 | $0.00 |
| 03/13/2023 | Index Documents with links for Attorney Joseph Peiffer review. (No Charge). | AD | 0.60 | $0.00 | $0.00 |
| 03/13/2023 | Create spreadsheet of documents from the Tax Returns & Subpoena Responses from Patrick Patino folders on NetDocuments.(No Charge). | LW | 1.30 | $0.00 | $0.00 |
| 03/13/2023 | Begin spreadsheet of documents from the Subpoena Responses from BankFirst subfolder on NetDocuments. (No Charge). | LW | 0.70 | $0.00 | $0.00 |
| 03/14/2023 | Complete spreadsheet of documents from the Subpoena Responses from BankFirst subfolder on NetDocuments and email to Attorney Joseph Peiffer. (No Charge). | LW | 1.50 | $0.00 | $0.00 |
| 03/14/2023 | Index documents. (No Charge). | AD | 2.20 | $0.00 | $0.00 |
| 03/14/2023 | Review bankruptcy court pleadings and transcript of the meeting of creditors; review of Petition, Schedules D, EF and Amended Schedules D, EF; review Order of Dismissal of the CH Brown Replevin and the BankFirst Replevin Order and affidavit of BankFirst Officer regarding Kurt Kroeger's forging his name on back of checks. | JP | 1.30 | $575.00 | $747.50 |
| 03/14/2023 | Review first 53 pages of Transcript of Hearing on Motion to Amend Chapter 12 Plan. | JP | 1.00 | $575.00 | $575.00 |
| 03/14/2023 | Combine Complaint and Answer for Attorney Joseph Peiffer. (No Charge). | AD | 1.30 | $0.00 | $0.00 |
| 03/14/2023 | Complete spreadsheet of documents from the Subpoena Responses from Cline Williams subfolder on NetDocuments. (No Charge). | LW | 2.10 | $0.00 | $0.00 |
| 03/14/2023 | Finalize review of Judge Saladino's ruling at the April 15th hearing on the Motion to Modify the Plan and Grant an Injunction. | JP | 0.40 | $575.00 | $230.00 |
| 03/14/2023 | Review consolidated Malpractice Complaint and Answer through paragraph 50. | JP | 0.90 | $575.00 | $517.50 |

EXHIBIT A

| Date | Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/2023 | Review Second Amended Chapter 12 Plan. | JP | 1.00 | $575.00 | $575.00 |
| 03/15/2023 | Edits to Combined Complaint and Answers for Attorney Joseph Peiffer review. (No Charge). | AD | 0.70 | $0.00 | $0.00 |
| 03/15/2023 | Index of Patino's File - POCs & Hearing Exhibits; Motion Packet, and Creditor Bills. (No. Charge). | AD | 2.60 | $0.00 | $0.00 |
| 03/15/2023 | Complete spreadsheet of documents from the Subpoena Response from Agco Finance & Misc Docs from Stehlik subfolder on NetDocuments. (No Charge). | LW | 1.00 | $0.00 | $0.00 |
| 03/15/2023 | Complete spreadsheet of documents from the Stehlik Docs re Insurance subfolder, and begin spreadsheet of documents from the Stehlik Docs re Creditors subfolder on NetDocuments. (No Charge). | LW | 1.20 | $0.00 | $0.00 |
| 03/15/2023 | Finalize review of complaint and answer regarding alleged malpractice of Atty Stehlik. | JP | 0.30 | $575.00 | $172.50 |
| 03/15/2023 | Organize Pleading spreadsheet, download missing pleadings from CourtDrive, upload to NetDocuments, and add to spreadsheet. (No Charge). | LW | 3.30 | $0.00 | $0.00 |
| 03/15/2023 | Index of documents Produced by Stehlik and Stehlik Correspondence (Other than with Kroegers). (No Charge). | AD | 2.90 | $0.00 | $0.00 |
| 03/15/2023 | Review Nebraska Bankruptcy Court Local Rules and save relevant rules for use in report. | JP | 0.50 | $575.00 | $287.50 |
| 03/15/2023 | Email updated Pleading spreadsheet to Attorney Joseph Peiffer. (No Charge). | LW | 0.10 | $0.00 | $0.00 |
| 03/16/2023 | Indexing of Stehlik Correspondence (Other than with Kroegers) and Stehlik Docs re BankFirst documents. (No Charge). | AD | 2.00 | $0.00 | $0.00 |
| 03/16/2023 | Complete spreadsheet of documents from the Stehlik Docs re Creditors & Stehlik Docs re CH Brown subfolders on NetDocuments, and merge all spreadsheets of documents from the Docs from Diana Vogt folder into one. (No Charge). | LW | 2.20 | $0.00 | $0.00 |
| 03/16/2023 | Email merged spreadsheet of documents from the Docs from Diana Vogt folder on NetDocuments to Attorney Joseph Peiffer. (No Charge). | LW | 0.10 | $0.00 | $0.00 |
| 03/16/2023 | Review income tax returns. | JP | 0.50 | $575.00 | $287.50 |
| 03/16/2023 | Review Pleadings in bankruptcy case.. | JP | 1.00 | $575.00 | $575.00 |
| 03/16/2023 | Compare first plan filed 5/29/20 Doc. 63 with Second Amended Plan filed 10/25/20 Doc. 122 | JP | 0.50 | $575.00 | $287.50 |
| 03/17/2023 | Begin review of documents subpoenaed from BankFirst. | JP | 0.30 | $575.00 | $172.50 |
| 03/19/2023 | Review BankFirst's Collateral Analysis after Plan Default by Kroegers. | JP | 0.30 | $575.00 | $172.50 |

EXHIBIT A

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/2023 | Continued review of documents from BankFirst. | JP | 1.40 | $575.00 | $805.00 |
| 03/19/2023 | Calculate net proceeds from sales of real estate and equipment by BankFirst. | JP | 0.50 | $575.00 | $287.50 |
| 03/19/2023 | Review UCC & Other Docs form SOS pg 185 to 295. | JP | 0.20 | $575.00 | $115.00 |
| 03/19/2023 | Assemble RE Sales Comparison Worksheet. | JP | 0.50 | $575.00 | $287.50 |
| 03/19/2023 | Draft e-mail to Diana Vogt regarding tax basis of assets sold in 2021 after repossession of equipment and foreclosure of real estate by BankFirst. | JP | 0.20 | $575.00 | $115.00 |
| 03/21/2023 | Telephone call to Diana Vogt to discuss information needed to continue work on the Expert Witness Report. | JP | 0.20 | $575.00 | $115.00 |
| 03/21/2023 | Draft e-mail to Diana Vogt outlining additional information needed to continue processing the Expert Witness report after reviewing tax returns of H & M Farms, Inc. and Kurt and Kathy Kroeger for 2019 to see the NOL Carry Forward as well as the depreciation schedules. | JP | 0.20 | $575.00 | $115.00 |
| 03/21/2023 | Download, OCR, and upload documents received from Diana Vogt to NetDocuments. (No Charge). | LW | 1.00 | $0.00 | $0.00 |
| 03/21/2023 | Begin spreadsheet of documents received from Diana Vogt on 3/21/23. | LW | 1.20 | $170.00 | $204.00 |
| 03/21/2023 | Deposition of Kurt Kroeger taken on 2/17/23 and exhibits 36 to 45 excluding 39A. | JP | 1.20 | $575.00 | $690.00 |
| 03/23/2023 | Finish creating spreadsheet of documents received from Diana Vogt on 3/21/2023. | LW | 1.10 | $170.00 | $187.00 |
| 03/23/2023 | Email spreadsheet of documents received from Diana Vogt on 3/21/2023 to Attorney Joseph Peiffer for review. (No Charge). | LW | 0.10 | $0.00 | $0.00 |
| 04/10/2023 | Telephone call to Diana Vogt to answer questions regarding the hypothetical creditor taking less money than it is owed in a Chapter 12; review of interest accrual against Kroeger leading to the necessity of selling land to protect some of the assets of the farmer in a Chapter 12; discussion about proper perfection of Bank liens and its collateral position in the Kroeger case. | JP | 0.70 | $575.00 | $402.50 |
| 04/11/2023 | Telephone call to Diana Vogt to help her prepare for deposition of defendant. | JP | 0.90 | $575.00 | $517.50 |
| 04/11/2023 | Review pleadings filed in the Kroeger Chapter 12 case to understand what had occurred to the case. | JP | 1.50 | $575.00 | $862.50 |
| 04/11/2023 | Review sale documents of real estate by BankFirst; to Update Sale Chart comparing the scheduled values with actual amount received by the Bank; | JP | 1.30 | $575.00 | $747.50 |
| 04/11/2023 | Carefully review schedules and amended schedules; and consider the homestead exemption that could be taken by | JP | 1.40 | $575.00 | $805.00 |

EXHIBIT A

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | the Kroegers and preserved if immediate sales of assets had taken place instead of seeking to keep all assets with a draconian drop dead default clause in favor of BankFirst. | | | | |
| 04/11/2023 | Review Nebraska local rules regarding hiring and paying professionals and filing and obtaining confirmation of a Chapter 12 Plan making notes about observations from the documents and rules reviewed and not followed by attorney Stelik. | JP | 1.40 | $575.00 | $805.00 |
| 04/11/2023 | Draft e-mail to Diana Vogt showing the Sale Analysis if there had been a significant liquidation of assets that would have retired the claim of BankFirst and ended the interest accrual in about 6 months instead of approximately 19 months after filing the Chapter 12. Selling quickly could have saved the Kroegers their homestead and would have eliminated the income taxes through the use of 11 U.S.C. § 1232 to deprioritize and ultimately discharge them at the end of the Chapter 12 case. | JP | 0.70 | $575.00 | $402.50 |
| 04/12/2023 | Review Chapter 12 Plans with a specific focus on duplicated exhibits that do not follow the Chapter 12 Plan to which they are attached. | JP | 0.90 | $575.00 | $517.50 |
| 04/12/2023 | Review cash flows and Schedule F attached as exhibits to the Chapter 12 Plan to consider whether the Chapter 12 Plan that was confirmed, Doc. 122, was feasible when proposed and conclude that it was of doubtful feasibility. | JP | 1.50 | $575.00 | $862.50 |
| 04/12/2023 | Draft spreadsheets incorporating a review of the filed Proofs of Claim in the Court File and the Plan provisions involving the payments to secured and unsecured creditors. | JP | 1.10 | $575.00 | $632.50 |
| 04/12/2023 | Update Document Review Spreadsheet to include observations made in review of documents and draft e-mail explaining the four tabs on the spreadsheet including the Document Review; the Claims filed; the debt payments due to BankFirst; and the feasibility of the Proposed Chapter 12 Plan (Doc. 122) | JP | 1.40 | $575.00 | $805.00 |
| 04/12/2023 | Draft observations of Stelik's failure to follow the Nebraska Bankruptcy Rules regarding employment of professionals that was disregarded by attorney Stelik; Insert observations about the difficulties attorney Stelik was having in following the local rules regarding how to proceed to get a Chapter 12 Plan confirmed; | JP | 1.30 | $575.00 | $747.50 |
| 04/13/2023 | Telephone call to Diana Vogt regarding deposition of Gaylen Stilek and discussion of tax costs to Kroeger of the sales of collateral by the creditors. | JP | 0.20 | $575.00 | $115.00 |
| 04/27/2023 | Draft e-mail to Diana Vogt requesting information about tax issues for Kroegers and copy of defendant's lawyer. | JP | 0.10 | $575.00 | $57.50 |
| 05/03/2023 | Research attorneys' duty of care to clients. | AP | 0.10 | $350.00 | $35.00 |
| 05/03/2023 | Research lawyer's duties. | JP | 0.30 | $575.00 | $172.50 |

EXHIBIT A

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/2023 | OCR Stehlik Deposition documents. (No Charge). | LW | 0.60 | $0.00 | $0.00 |
| 05/04/2023 | Begin review of Stehlik deposition and exhibits. | JP | 0.50 | $575.00 | $287.50 |
| 05/04/2023 | Email Diana Vogt to request copies of Exhibits 6-9 to the Stehlik Deposition. | LW | 0.10 | $170.00 | $17.00 |
| 05/04/2023 | Download, OCR, rename, and upload Exhibits 6-9 to the Stehlik Deposition to NetDocuments, and email Attorney Joseph Peiffer to confirm they have been uploaded. (No Charge). | LW | 0.20 | $0.00 | $0.00 |
| 05/04/2023 | Email Diana Vogt to confirm receipt of Exhibits 6-9 to the Stehlik Deposition. (No Charge). | LW | 0.10 | $0.00 | $0.00 |
| 05/04/2023 | Telephone call to Diana Vogt requesting information about the taxes owed by Kroegers on the sale of the property sold by the bank, which has been requested on numerous occasions. | JP | 0.20 | $575.00 | $115.00 |
| 05/04/2023 | Read Galen Stehlik deposition and review exhibits. | JP | 2.10 | $575.00 | $1,207.50 |
| 05/05/2023 | Begin drafting expert witness report. | JP | 0.50 | $575.00 | $287.50 |
| 05/05/2023 | Continued drafting of Expert Witness Report. | JP | 1.00 | $575.00 | $575.00 |
| 05/05/2023 | Review Sandpoint Cattle Company, LLC v. Robert Craig, highlight important points, and print for Attorney Joe Peiffer. | AP | 1.00 | $350.00 | $350.00 |
| 05/05/2023 | Telephone call to Donna Soukup, Judicial Assistant to Chief Judge Thomas L. Saladino to procure copy of General Order 20-03 and verify that Judge Saladino was requiring fee applications to be filed by counsel in Chapter 12 bankruptcies. | JP | 0.60 | $575.00 | $345.00 |
| 05/05/2023 | Continue drafting expert witness opinion detailing failure to file application to be employed as counsel and failure to file applications for compensation. | JP | 2.50 | $575.00 | $1,437.50 |
| 05/05/2023 | Continued drafting of Expert Witness Report detailing failure to follow Rules. | JP | 0.90 | $575.00 | $517.50 |
| 05/06/2023 | Continue drafting expert witness report related to additional failures by Defendant in providing untruthful disclosures of information to the Bankruptcy Court. | JP | 1.50 | $575.00 | $862.50 |
| 05/06/2023 | Continue drafting expert witness report. | JP | 2.00 | $575.00 | $1,150.00 |
| 05/07/2023 | Continued review of documents and drafting of Expert Witness Report. | JP | 2.90 | $575.00 | $1,667.50 |
| 05/08/2023 | Review deposition exhibits, make note of any that are missing, and bookmark grouped exhibits. | LW | 0.80 | $170.00 | $136.00 |
| 05/08/2023 | Email Attorney Joseph Peiffer links to the grouped exhibits for Kurt Kroeger's depositions and advise I will follow up with Diana Vogt on the other missing exhibits. (No Charge). | LW | 0.10 | $0.00 | $0.00 |

EXHIBIT A

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/2023 | Email Diana Vogt to ensure we have copies of all depositions, and to follow up on tax returns. | LW | 0.10 | $170.00 | $17.00 |
| 05/08/2023 | Search NetDocuments for copy of BankFirst foreclosure documents and email to Attorney Joseph Peiffer. (No Charge). | LW | 0.20 | $0.00 | $0.00 |
| 05/08/2023 | Call the Clerk of Court for Howard County, Nebraska to request the BankFirst v Kurt & Kathy Kroeger foreclosure file, and email Attorney Joseph Peiffer to advise they did not see a foreclosure proceeding in their files. | LW | 0.10 | $170.00 | $17.00 |
| 05/08/2023 | Email Diana Vogt to inquire if she has documents related to the BankFirst v Kurt & Kathy Kroeger foreclosure. | LW | 0.10 | $170.00 | $17.00 |
| 05/08/2023 | Downloads, OCR, rename, and upload Patrick Patino & Clark Froelich Depositions and Exhibits to NetDocuments, and email Attorney Joseph Peiffer to confirm they have been uploaded. (No Charge). | LW | 0.70 | $0.00 | $0.00 |
| 05/08/2023 | Read Deposition of Kurt Kroeger. | JP | 2.00 | $575.00 | $1,150.00 |
| 05/08/2023 | Telephone call to Diana Vogt to discuss proposed organization of Expert Witness Report. | JP | 0.40 | $575.00 | $230.00 |
| 05/08/2023 | Review tax returns of Kroegers and H & M Farms, Inc. for 2015 to 2019. | JP | 1.00 | $575.00 | $575.00 |
| 05/08/2023 | Review appraisal of Kroeger Farm and continue drafting background of the Kroeger case when it arrived at the Defendant's office. | JP | 2.20 | $575.00 | $1,265.00 |
| 05/09/2023 | Continued drafting of the Expert Witness Report comparing the ownership of the real estate by the Kroegers and their company H & M Farms, Inc. | JP | 1.50 | $575.00 | $862.50 |
| 05/09/2023 | Continued review of documents from Kurt Kroeger deposition Exhibit 48 and comparison with documents filed with Bankruptcy Court and drafting additional portions of Expert Witness Report. | JP | 2.00 | $575.00 | $1,150.00 |
| 05/09/2023 | Review Attorney Joseph Peiffer's draft of Expert Witness Report. Proofread and update formatting. | MP | 2.50 | $170.00 | $425.00 |
| 05/09/2023 | Meeting with Mike Peiffer discussing revising organizational scheme for expert witness report to make defendant's negligence clear. | AP | 0.60 | $350.00 | $210.00 |
| 05/09/2023 | Locate documents and draft portion of Expert Witness report dealing with taxes on sale of land and machinery after conversion to Chapter 7 bankruptcy. | JP | 1.50 | $575.00 | $862.50 |
| 05/09/2023 | Telephone call to Professor Roger McEowen to verify that the taxable event on the sale of property sold by a Bank after obtaining possession through default on a deed of trust being the ultimate closing when the property is removed from the Bank's Owned Real Estate. | JP | 0.20 | $575.00 | $115.00 |

EXHIBIT A

| Date | Description | | Hours | Rate | Total |
|---|---|---|---|---|---|
| 05/09/2023 | Continued drafting of the Expert Witness Report. | JP | 4.00 | $575.00 | $2,300.00 |
| 05/09/2023 | Finalize first draft of Expert Witness Report and send to editors for proofreading. | JP | 2.50 | $575.00 | $1,437.50 |
| 05/10/2023 | Prepare Exhibits to Expert Witness Report, save to NetDocuments, and email links to Attorney Joseph Peiffer. | LW | 0.30 | $170.00 | $51.00 |
| 05/10/2023 | Edit Expert Witness Report. | JP | 1.00 | $575.00 | $575.00 |
| 05/10/2023 | Highlight items on Explanation of Schedules sheet that are owned by H&M Farms, Inc, and email Attorney Joseph Peiffer to advise of results. | LW | 0.30 | $170.00 | $51.00 |
| 05/10/2023 | Determine how many items of property were taken by each creditor and email list to Attorney Joseph Peiffer. | LW | 0.40 | $170.00 | $68.00 |
| 05/11/2023 | Edit formatting, style, and contents of expert witness report. | AP | 1.40 | $350.00 | $490.00 |
| 05/11/2023 | Call with Attorney Joe Peiffer discussing edits to expert witness report and adding Documents Reviewed section. | AP | 0.20 | $350.00 | $70.00 |
| 05/11/2023 | Meeting with Attorney Joseph Peiffer regarding exhibit preparation. (No Charge). | LW | 0.20 | $0.00 | $0.00 |
| 05/11/2023 | Create spreadsheet outlining which documents Attorney Joseph Peiffer reviewed for the Expert Witness Report, and email to Attorney Joseph Peiffer for review. | LW | 0.80 | $170.00 | $136.00 |
| 05/11/2023 | Create and prepare new Exhibit 2 to Expert Witness Report and update exhibit footers for Exhibits 3-6. | LW | 0.50 | $170.00 | $85.00 |
| 05/11/2023 | Email prepared Exhibits 1-6 to Expert Witness Report to Attorney Joseph Peiffer. (No Charge). | LW | 0.10 | $0.00 | $0.00 |
| 05/11/2023 | Two telephone calls to Diana Vogt regarding expert witness report. | JP | 0.40 | $575.00 | $230.00 |
| 05/11/2023 | Telephone call to Nick Critelli regarding comments on Expert Witness Report. | JP | 0.50 | $575.00 | $287.50 |
| 05/11/2023 | Finalize Expert Witness Report and send to Diana Vogt. | JP | 4.30 | $575.00 | $2,472.50 |
| | | | **Services Subtotal** | | **$46,783.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/15/2023 | CourtDrive charge for downloading court documents from Bankruptcy Case No. 20-40305. | 1.00 | $20.10 | $20.10 |
| Expense | 04/24/2023 | PACER Research Charges. | 1.00 | $22.50 | $22.50 |
| | | | **Expenses Subtotal** | | **$42.60** |

EXHIBIT A

Invoice # 2349 - 05/15/2023

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Austin Peiffer | Attorney | 3.3 | $350.00 | $1,155.00 |
| Joseph Peiffer | Attorney | 76.9 | $575.00 | $44,217.50 |
| Joseph Peiffer | Attorney | 0.3 | $0.00 | $0.00 |
| Angela Dobler | Non-Attorney | 16.4 | $0.00 | $0.00 |
| Mike Peiffer | Non-Attorney | 2.5 | $170.00 | $425.00 |
| Leah Watson | Paralegal | 5.8 | $170.00 | $986.00 |
| Leah Watson | Paralegal | 26.0 | $0.00 | $0.00 |

|  |  |
|---|---|
| **Subtotal** | **$46,826.10** |
| **Total** | **$46,826.10** |

**Trust Account**

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 02/06/2023 | Check | Check #5343 from Sherrets Bruno & Vogt LLC for trust deposit. |  |  | $15,000.00 | $15,000.00 |
|  |  |  |  | **Trust Account Balance** |  | **$15,000.00** |

Please make all amounts payable to: Ag & Business Legal Strategies

Payment is due upon receipt.

EXHIBIT A